UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | INFORMATION  CR 05-62 JRT |
|                 Plaintiff,        ) | |
|                                   ) | (18 U.S.C. § 7) |
|         v.                        ) | (18 U.S.C. § 13) |
|                                   ) | (Minn. Stat. § 609.52 Subd. 2(4)) |
| LAURA BOOTH,                      ) | |
|                                   ) | |
|                 Defendant.        ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

Beginning on or about October, 2002, and continuing through approximately September 2003, in the State and District of Minnesota, at the USE Federal Credit Union, located in a Federal building at 316 North Robert Street, St. Paul, Minnesota, an area within the special maritime and territorial jurisdiction of the United States, and within the exclusive jurisdiction of the United States,

LAURA BOOTH,

did knowingly by swindle, artifice, trick, device and other means, unlawfully obtain property of the American Federation of Government Employees, Local 3129, to wit $18,035.41.

All in violation of Title 18, United States Code, Sections 7 and 13, and Minnesota Statutes Section 609.52, Subd. 2(4).

Dated: March 4, 2005

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

BY: FRANK J. MAGILL, JR.
Assistant U.S. Attorney
Attorney ID No. 168476

MAR 04 2005
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

SCANNED
MAR 04 2005
U.S. DISTRICT COURT ST. PAUL